**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chastity Keating,

                              Plaintiff,

        -against-

Commissioner of Social Security,

                              Defendant.

1:25-cv-10596 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the supplemental rules for social security actions under 42 U.S.C. § 405(g), Plaintiff's brief was due on March 25, 2026, 30 days after the filing of the Administrative Record. Plaintiff's brief is now overdue. Accordingly, it is hereby ORDERED that the parties shall meet and confer, and file a joint letter setting forth a proposed briefing schedule to the ECF docket no later than Monday, April 20, 2026.

**SO ORDERED.**

Dated:        New York, New York
              April 6, 2026

_____
STEWART D. AARON
United States Magistrate Judge