**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chastity Keating,

                                    Plaintiff,

            -against-

Commissioner of Social Security,

                                    Defendant.

1:25-cv-10596 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Pursuant to the Court's 4/20/26 Order (ECF No. 16), Plaintiff's brief was due on Monday, June 22, 2026, and is now overdue. Because Plaintiff is *pro se*, the Court hereby extends the deadline by one month as a courtesy. The new deadlines are as follows:

Plaintiff's brief shall be filed by Thursday, July 23, 2026.

Commissioner's brief shall be filed by Tuesday, September 22, 2026.

Plaintiff's reply shall be filed by Thursday, October 22, 2026.

**SO ORDERED.**

Dated:        New York, New York
              June 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge